# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** FRANK EMERY TOROK II JOANNE M. TOROK, | : : : | **Chapter 13** |
| Debtors | : : | Bky. No. 16-16181 ELF |
| | : | |
| **FRANK EMERY TOROK II JOANNE M. TOROK,** | : : : : | |
| Plaintiffs | : : | |
| v. | : : | |
| **ALLY BANK,** | : : | Adv. No. 19-091 |
| Defendant | : : : | |

## O R D E R

**AND NOW**, **WHEREAS**, by Order dated **January 23, 2020**, the main bankruptcy case was dismissed,

**AND**, the above captioned adversary proceeding is still pending,

**AND**, generally, dismissal of a debtor's main case requiring the dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3rd Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); accord, In re Porges, 44 F.3d 159 (2d Cir. 1995),

**AND**, it appears that no justification exists for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction,

**It is therefore ORDERED** that the above captioned adversary proceeding is **DISMISSED** for lack of jurisdiction. The Clerk shall **ADMINISTRATIVELY CLOSE** this adversary proceeding forthwith.

**Date: January 23, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**